UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

PAUL PLUMMER and NICHOLAS
WHITE, on behalf of themselves and
those similarly situated,

                                                      CASE NO.:  2:15-CV-37-FTM-38CM

      Plaintiffs,

vs.

PJCF, LLC., d/b/a Salado Pedros,

      Defendant.                 /

**PLAINTIFFS' UNOPPOSED MOTION FOR DATE CERTAIN FOR
ALL PUTATIVE CLASS MEMBERS TO JOIN AS OPT-IN PLAINTIFFS**

     Plaintiffs, PAUL PLUMMER and NICHOLAS WHITE, on behalf of themselves and those similarly situated (hereinafter referred to as "Plaintiffs"), hereby file this Unopposed Motion for Date Certain for All Putative Class Members to Join as Opt-In Plaintiff and in support state as follows:

     1.     On April 30, 2015, this Court entered an Order Granting Plaintiffs' Unopposed Motion to Conditionally Certify FLSA Collective Action and Facilitate Notice to Potential Class Members ("Motion") and directed the parties to jointly file an amended proposed Court-authorized Class Notice for the Court's approval.  Also contained within this Order was that all potential class members whose names appear on the list produced by Defendant shall have forty-five (45) days from the date the notices are initially mailed to file a Consent to Become Opt-In Plaintiffs.  (Doc. 25).

     2.     On May 4, 2015, the parties complied with the Court's Order and filed the amended proposed Court-authorized Class Notice.  (Doc. 26).

3. Subsequently, the Court entered an Order approving the amended proposed Class Notice. (Doc. 30). Within this Order the Court provided a date certain deadline of June 29, 2015 for all putative class members to complete and return the Consent to Become Opt-In Plaintiff. However, this date provides less time than Plaintiffs' original request of forty-five (45) days from the date of mailing and the corresponding Order granting this request.

4. Since the entry of the Court's original Order, Defendant has provided the undersigned with the list containing the names, last known addresses, telephone numbers, and e-mail address of putative class members. On May 20, 2015, the undersigned mailed the amended Court-approved Class Notice to all individuals on the list provided by Defendant.

5. Therefore, in an effort to remain consistent, as well as to allow sufficient time for all potential Opt-Ins to join this instant action, Plaintiffs respectfully request entry of an Order setting a date certain of July 6, 2015 for all putative class members to complete and return the Consent to Become Opt-In Plaintiff, which is consistent with the forty-five day notice period originally granted.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that she has conferred with counsel for Defendant regarding the issues raised in this Motion and has been authorized to represent that Defendant **does not oppose** the relief sought herein.

WHEREFORE, Plaintiffs respectfully request entry of an Order setting a date certain of July 6, 2015 for all putative class members to complete and return the Consent to Become Opt-In Plaintiff.

Date: May 21, 2015                    */s/ Kimberly De Arcangelis*
                                       Kimberly De Arcangelis, Esq.
                                       Bar No.: 025871
                                       Morgan & Morgan, P.A.

3

> 20 N. Orange Ave., 14th Floor
> Orlando, FL 32801
> Telephone:    (407) 420-1414
> Facsimile:    (407) 245-3383
> Email:  KimD@forthepeople.com
> Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

> */s/ Kimberly De Arcangelis*
> Kimberly De Arcangelis, Esq.