UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL PLUMMER and NICHOLAS WHITE, on behalf of themselves and those similarly situated

        Plaintiffs,

v.                                     Case No:   2:15-cv-37-FtM-38CM

PJCF, LLC,

        Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiffs Paul Plummer and Nicholas White and Defendant PJCF, LLC's Joint Report Regarding Settlement (Doc. #34) filed on May 28, 2015. Plaintiffs initiated this action to recover unpaid minimum wage under the Fair Labor Standards Act ("FLSA"). (Doc. #1; Doc. #18 at 3). The Court later conditionally certified this case as an FLSA collective action and set July 6, 2015, as the deadline for putative class members to complete and return the Consent to Become Opt-In Plaintiffs. (Doc. #25; Doc. #30; Doc. #33).

Per the FLSA Scheduling Order dated March 3, 2015 (Doc. #15), the parties advise the Court that they have not settled the case but wish to continue settlement discussions until August 5, 2015, which is thirty (30) days after the notice period closes. (Doc. #34).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The parties plan to engage in class wide mediation shortly after the notice period and believe "there is a high likelihood that the case will settle/resolve."   ([Doc. #34](Doc. #34)). Consequently, to aid the parties in settling this matter, the Court will allow the parties to continue settlement discussions until on or before August 5, 2015.

Accordingly, it is now

**ORDERED:**

Plaintiffs Paul Plummer and Nicholas White and Defendant PJCF, LLC have until on or before **August 5, 2015**, to file a Supplemental Report Regarding Settlement, which discusses the status of their settlement discussions.  If this matter does not settle, the parties must file a Case Management Repot on or before **August 12, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record